ELIAS F. PORTALES (Bar No. 230402)
**EFP LAW GROUP**
111 N. Market Street, Suite 300
San Jose, California 95113
Telephone: (408) 418-4602
Facsimile: (408) 418-4603
Email: eportales@efplawgroup.com

Attorneys for Plaintiff VIRNETX INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRNETX INC. ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 3:14-mc-80013-RS (NC)<br><br>(Civil Action Nos. 6:11-cv-563 & 6:12-cv-855 pending in the Eastern District of Texas)<br><br>**VIRNETX INC.'S DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED ENTITIES PURSUANT TO FED. R. CIV. P. 7.1 AND CIVIL LOCAL RULE 3-16**<br><br>JURY TRIAL DEMANDED<br><br>Hon. Richard Seeborg (referred to Magistrate Judge Nathanael M. Cousins) |

Pursuant to Federal Rule of Civil Procedure 7.1, VirnetX Inc. ("VirnetX") hereby makes the following Disclosure Statement: VirnetX is a wholly-owned subsidiary of VirnetX Holding Corporation. No known publicly held company owns a 10% or more interest in VirnetX Holding Corporation.

Pursuant to Civil Local Rule 3-16, VirnetX certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: VirnetX is a wholly-owned subsidiary of VirnetX Holding Corporation, which is publicly traded. No known publicly held company owns a 10% or more interest in VirnetX Holding Corporation.

Dated: February 5, 2014

Respectfully submitted,

EFP LAW GROUP

  /s/ Elias Portales

Elias F. Portales

Attorneys for Plaintiff VIRNETX INC.

*PRO HAC VICES PENDING*

Bradley W. Caldwell
Texas State Bar No. 24040630
Email: bcaldwell@caldwellcc.com

VIRNETX'S REPONSE IN OPPOSITION TO RPX CORPORATION'S MOTION TO QUASH SUBPOENA

CASE NO. 3:14-MC-80013-NMC

DAL:1006093/00001:2164305v1

Jason D. Cassady
Texas State Bar No. 24045625
Email: jcassady@caldwellcc.com
John Austin Curry
Texas State Bar No. 24059636
Email: acurry@caldwellcc.com
Daniel R. Pearson
Texas State Bar No. 24070398
Email: dpearson@caldwellcc.com
Justin T. Nemuaitis
Texas State Bar No. 24065815
Email: jnemuaitis@caldwellcc.com
**CALDWELL CASSADY CURRY P.C.**
2101 Cedar Springs Road, Suite 1000
Dallas, Texas 75201
Telephone: (214) 888-4848

**ATTORNEYS FOR VIRNETX INC.**