UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
MAGISTRATE JUDGE NATHANAEL M. COUSINS

## CIVIL MOTION MINUTES

Date:       February 26, 2014

Case Nos:  **3:14-mc-80013 RS (NC)**
                 **3:14-mc-80014 RS (NC)**

Case Name:    VirnetX, Inc. v. Apple, Inc.
                    VirnetX, Inc. v. Microsoft, Inc.

Counsel for Plaintiff:   Jason D. Cassady, Daniel R. Pearson, Justin Nemunaitis, Elias Portales

Counsel for Non-party RPX Corp:  Philip J. Wang

Deputy Clerk:   Lili M. Harrell                FTR: 2:00 p.m.- 2:18 p.m.
                                                            Time: 18 min

**PROCEEDINGS:**                                          **RULINGS:**

**RPX Corporation's Motion to Quash Subpoena**            **Submitted**

**ORDER:**



Order to be prepared by:  [ ]  Plaintiff  [ ]  Defendant  [X]  Court

Case continued to:

Notes:

cc: