IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRNETX, INC., | No. C 14-80013 MISC RS |
| Plaintiff, | |
| v. | **ORDER FOR BRIEFING** |
| APPLE INC., | |
| Defendants. | |

Pursuant to Civil Local Rule 72-2, VirnetX seeks review of the order issued herein by the Magistrate Judge quashing the subpoena served on third-party RPX Corporation. Within 15 days of the date of this order, RPX may file a response, not to exceed the length of VirnetX's moving papers. The matter will then be taken under submission without a reply brief or oral argument unless otherwise ordered.

IT IS SO ORDERED.

Dated: 4/8/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE